IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| PULL-A-PART, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-2987 Ml/V |
| v. | ) | |
| | ) | |
| MITCHELL ROAD AUTO PARTS, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING STATUS CONFERENCE**

The Court hereby sets a status conference in this case for Tuesday, May 24, 2005, at 10:00 a.m. At the conference, the parties should be prepared to discuss whether this case should be scheduled for a Federal Rule of Civil Procedure 65(a)(2) hearing, as well as any other scheduling issues.

SO ORDERED this 12 day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02987 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Philip Watts
WATTS & WATTS, PC
101 Robinson Rd.
Ste. 501
Oklahoma City, OK 73102

Peter L. Brewer
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Mary L. Wolff
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Jennifer Gruber
THOMAS KAYDEN HORSTEMEYER & RISLEY L.L.P.
100 Galleria Parkway Suite 1750
Alanta, GA 30339

Harold Marquis
THOMAS KAYDEN HORSTEMEYER & RISLEY, L.L.P.
100 Galleria Parkway 1750
Alanta, GA 30339

Honorable Jon McCalla
US DISTRICT COURT