IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PULL-A-PART, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 04-2987 Ml/V |
| v. ) | |
| ) | |
| MITCHELL ROAD AUTO PARTS, ) | |
| L.L.C., ) | |
| ) | |
| Defendant. ) | |

### ORDER SETTING TRIAL DATES

Pursuant to the discussion at the parties' May 24, 2005, status conference, the Court hereby sets the following trial schedule in this case:

Trial: Monday, November 28, 2005, at 9:30 a.m.

Pretrial Conference: Friday, November 18, 2005, at 9:00 a.m.

Pretrial Order: Thursday, November 10, 2005, by 4:30 p.m.

SO ORDERED this 24 day of May, 2005.

JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

-1-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02987 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Jennifer Gruber
THOMAS KAYDEN HORSTEMEYER & RISLEY L.L.P.
100 Galleria Parkway Suite 1750
Alanta, GA 30339

Peter L. Brewer
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Mary L. Wolff
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Harold Marquis
THOMAS KAYDEN HORSTEMEYER & RISLEY, L.L.P.
100 Galleria Parkway 1750
Alanta, GA 30339

Philip Watts
WATTS & WATTS, PC
101 Robinson Rd.
Ste. 501
Oklahoma City, OK 73102

Honorable Jon McCalla
US DISTRICT COURT