FILED BY ______ D.C.

05 SEP -8 PM 3:54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

*UNITED STATES DISTRICT COURT*

# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*

PULL-A-PART, LLC,

**JUDGMENT IN A CIVIL CASE**

VS

MITCHELL ROAD AUTO PARTS, LLC,

AND

U-PULL-IT AUTO PARTS, INC.

**CASE NO: 04-2987 Ml/V**

The parties having stipulated to the dismissal of this matter pursuant to Rule 41(a)(1):

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Stipulation of Dismissal Without Prejudice filed September 7, 2005, this case is dismissed without prejudice.

APPROVED:

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Sept. 8, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02987 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Mary L. Wolff
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Philip Watts
WATTS & WATTS, PC
101 Robinson Rd.
Ste. 501
Oklahoma City, OK 73102

Peter L. Brewer
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Harold Marquis
THOMAS KAYDEN HORSTEMEYER & RISLEY, L.L.P.
100 Galleria Parkway 1750
Alanta, GA 30339

Jennifer Gruber
THOMAS KAYDEN HORSTEMEYER & RISLEY L.L.P.
100 Galleria Parkway Suite 1750
Alanta, GA 30339

Honorable Jon McCalla
US DISTRICT COURT